ACCEPTED
03-14-00667-CV
4216984
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 3:29:30 PM
JEFFREY D. KYLE
CLERK

# haynesboone

February 18, 2015

Direct Phone Number: (713) 547-2229
Direct Fax Number: (713) 236-5470
john.eldridge@haynesboone.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 3:29:30 PM
JEFFREY D. KYLE
Clerk

*Via Federal Express*

Mr. Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

Re:     Court of Appeals Number: 03-14-00667-CV;
        Trial Court Case Number:  D-1-GN-10-000772

        Re:     *Texas Commission on Environmental Quality v. Exxon Mobil Corporation, et al.*

Dear Mr. Kyle:

I am in receipt of your letter dated February 13, 2015 regarding oral argument in the above-referenced matter.

Please be advised that the undersigned counsel intends to argue the case before the Court as scheduled on March 11, 2015 at 1:30 PM.

Very truly yours,

John Eldridge
JE/sb

Haynes and Boone, LLP
Attorneys and Counselors
1221 McKinney Street, Suite 2100
Houston, Texas 77010-2007
Phone: 713.547.2000
Fax: 713.547.2600
www.haynesboone.com

15007805_2